FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 13, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAYDA IVETTE CASTELLON,<br><br>Defendant. | No. 1:24-CR-02027-SAB-21<br><br>ORDER FOLLOWING HEARING REGARDING DEFENDANT'S MOTION TO MODIFY SPECIAL CONDITIONS OF RELEASE<br><br>**MOTION DENIED**<br>  **(ECF No. 343)** |

On May 9, 2024, the Court held a hearing regarding Defendant's Motion to Modify Special Conditions of Release, **ECF No. 343**, for Defendant MAYDA IVETTE CASTELLON.  Defendant appeared out of custody represented by court appointed counsel Mitchell Crook.  Assistant U.S. Attorney Stephanie Van Marter represented the United States.  U.S. Probation Officer Linda Leavitt was also present.  Defendant consented to the proceedings being conducted by video with the Court presiding in Richland, Defendant and her counsel appearing in Yakima, and the Government appearing in Spokane.

Specifically, Defendant requests that the Court amend the special conditions of her pretrial release at ECF No. 265 to allow for telephonic contact with her husband and co-defendant, Pablo Angel Castellon, only regarding their children and to allow Defendant to deposit money into Pablo Angel Castellon's account

ORDER - 1

while he is in custody so he can call his children. U.S. Probation does not object to the requested modification, but the United States objects.

Defendant, through counsel, contended there are conditions the Court could fashion to address the United States' concerns and allow Defendant to have contact with her husband regarding their children. The United States contended that contact between Defendant and her husband presented a serious risk of continued criminal activity. Specifically, the Government noted that Defendant has a history of using coded language to communicate with her husband on recorded jail communication systems to further criminal activity.

The Court requested the United States to provide examples of alleged coded language previously utilized by Defendant on recorded communications. The United States advised that such examples exist and have been provided to Defendant.

**IT IS ORDERED:**

1.    **The United States shall file information regarding alleged coded language allegedly used in the past by Defendant on or before <u>5:00 p.m. Tuesday, May 14, 2024.</u>**

2.    **Defendant shall file any response on or before <u>5:00 p.m. on Friday, May 17, 2024.</u>**

**IT IS SO ORDERED.**

DATED May 13, 2024.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2